## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Magdalena Lelutiu
                           Plaintiff,

v.                                                 Case No.: 1:21−cv−04735
                                                          Honorable Beth W. Jantz

Emirates
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Pursuant to the parties' agreement to settle at their settlement conference, all claims in this action are dismissed without prejudice, subject to the terms of the parties' settlement agreement. The case will automatically convert to a dismissal with prejudice on 06/28/2023. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.